STEPHANIE DORIA WILEY (SBN 196825)
sdoria@rhdtlaw.com
REBECCA STEPHENS (SBN 299234)
rstephens@rhdtlaw.com
RUKIN HYLAND LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone:   (415) 421-1800
Facsimile:    (415) 421-1700

Attorneys for PLAINTIFF Y.C.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.C., a minor by and through her guardian ad litem LELA LUNSFORD,<br><br>            Plaintiff,<br><br>    v.<br><br>ROSEVILLE CITY SCHOOL DISTRICT, KAREN CALKINS, DAN BREAR, RENEE ELLISON, HILLARY GRUBER, LESLIE JOHN SILVA, and DOES 1-30,<br><br>            Defendants. | Case No.   2:16-cv-00463-JAM-EFB<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

WHEREAS, pursuant to Plaintiff Y.C.'s request to dismiss this action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), the following is ordered:

1. Minor Plaintiff Y.C.'s claims against Defendants are hereby dismissed without prejudice;
2. The parties shall bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  1/23/2017                                            /s/ John A. Mendez
                                                                          Honorable John A. Mendez
                                                                          United States District Court Judge